(Official Form 1) (12/03)

FORM B1

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Merchant, Hasan** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Merchant, Sheri Banoo** |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Banoo Merchant** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-1044** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-0644** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1 Falcon Lakes Drive**<br>**Barrington, IL 60010** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1 Falcon Lakes Drive**<br>**Barrington, IL 60010** |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 ■ Chapter 11 ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) ... Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expe... will be no funds available for distribution to unsecured creditors.

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 06/23/2004
Time: 16:14:47
Debtor: HASAN MERCHANT
Case: 04-23771        Fee : 839
Chapter: 11 Rec. # : 3087428
Judge: A Benjamin Goldgar

1:04BK23771-BK001

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 100 |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,0<br>$100 mil |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000<br>$100 m |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **Merchant, Hasan**<br>**Merchant, Sheri Banoo** | |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: 04-23758<br>04-23762 | Date Filed: 6/23/04 |
|---|---|---|
| District: | Relationship: | Judge: GOLDGAR |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **Hasan Merchant**

X _____
Signature of Joint Debtor **Sheri Banoo Merchant**

Telephone Number (if not represented by attorney)

Date 6/23/04

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
**Steven B. Towbin (#2848546)**
Printed Name of Attorney for Debtor(s)
**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**
Firm Name
**321 N. Clark Street**
**Suite 800**
**Chicago, IL 60610**
Address
**312-541-0151  Fax: 312-980-3888**
Telephone Number
Date 6/23/04

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)         Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

## United States Bankruptcy Court

### Northern District of Illinois

In re    Hasan Merchant,
         Sheri Banoo Merchant

Case No. _____

                                    Debtors

Chapter_____     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Anita Chugh<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | Anita Chugh<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | | | 615,000.00 |
| Bhupinder Bedi (22 Century LLC)<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | Bhupinder Bedi (22 Century LLC)<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | | | 467,258.00 |
| D&B Advertising<br>579 W. North Ave., Suite 300<br>Elmhurst, IL 60126 | D&B Advertising<br>579 W. North Ave., Suite 300<br>Elmhurst, IL 60126 | | | 451,374.28 |
| David Maines (Prism)(22 Century LLC<br>3773 W. Devon Ave.<br>Roselle, IL 60172 | David Maines (Prism)(22 Century LLC<br>3773 W. Devon Ave.<br>Roselle, IL 60172 | | | 290,000.00 |
| Dr. Abbas Zarif<br>3525 S. Cass Ave.<br>Oak Brook, IL 60523 | Dr. Abbas Zarif<br>3525 S. Cass Ave.<br>Oak Brook, IL 60523 | | | 400,000.00 |

In re    Hasan Merchant,
         Sheri Banoo Merchant

Case No. _____

_____
                                    Debtors

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dr. Anicia Villa Fria<br>1886 E. 1850 N. Rd<br>Watseka, IL 60970 | Dr. Anicia Villa Fria<br>1886 E. 1850 N. Rd<br>Watseka, IL 60970 | | | 400,000.00 |
| Dr. Ram Garg<br>22997 Hall Road<br>Woodhaven, MI 48183 | Dr. Ram Garg<br>22997 Hall Road<br>Woodhaven, MI 48183 | | | 750,000.00 |
| Gordi Kapur<br>1850 Bolleana Ct.<br>Schaumburg, IL 60195 | Gordi Kapur<br>1850 Bolleana Ct.<br>Schaumburg, IL 60195 | | | 345,000.00 |
| Hitendra Shah (Twinkle Inc.)<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | Hitendra Shah (Twinkle Inc.)<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | | | 850,025.00 |
| Kishore Chugh (22 Century LLC)<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | Kishore Chugh (22 Century LLC)<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | | | 2,641,050.00 |
| Mafat Patel<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | Mafat Patel<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | | | 970,273.02 |

In re    Hasan Merchant,
         Sheri Banoo Merchant

Case No. _____

                              Debtors

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mahendra B. Patel<br>Harvey Heath<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | Mahendra B. Patel<br>Harvey Heath<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | | | 275,000.00 |
| Prof. Bala Chandran<br>3269 Prestwick<br>Northbrook, IL 60062 | Prof. Bala Chandran<br>3269 Prestwick<br>Northbrook, IL 60062 | | | 250,000.00 |
| Qusal Vajihuddin<br>6 The Paddockes Wembly Park<br>Mleelesex HA9 9HE British West Indi | Qusal Vajihuddin<br>6 The Paddockes Wembly Park<br>Mleelesex HA9 9HE British West Indi | | | 300,000.00 |
| Rajesh Chotalia<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | Rajesh Chotalia<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | | | 850,587.53 |
| Shashank Bhatt (22 Century LLC)<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | Shashank Bhatt (22 Century LLC)<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | | | 250,000.00 |
| The National Bank & Trust Co.<br>230 W. State St.<br>Sycamore, IL 60178 | The National Bank & Trust Co.<br>230 W. State St.<br>Sycamore, IL 60178 | Guaranty | | 258,959.72 |

In re    **Hasan Merchant,**
**Sheri Banoo Merchant**

Case No._____

Debtors

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Tilak Marwaha<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | Tilak Marwaha<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | | | 358,832.13 |
| Tushar Chotalia (22 Century LLC0<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | Tushar Chotalia (22 Century LLC0<br>3773 W. Devon Ave.<br>Lincolnwood, IL 60712 | | | 297,495.00 |
| V. Parkikh (M&R Lodging)<br>9101 West Oak Ave.<br>Des Plaines, IL 60016 | V. Parkikh (M&R Lodging)<br>9101 West Oak Ave.<br>Des Plaines, IL 60016 | | | 500,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date\_6/23/04_____

Signature_____
Hasan Merchant
Debtor

Date\_6/23/04_____

Signature_____
Sheri Banoo Merchant
Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

### United States Bankruptcy Court
#### Northern District of Illinois

In re    **Hasan Merchant**
       **Sheri Banoo Merchant**                           Case No. _____

                                Debtor(s)           Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _6/23/04_____                 _____
                                       Hasan Merchant
                                       Signature of Debtor

Date: _6/23/04_____                 _____
                                       **Sheri Banoo Merchant**
                                       Signature of Debtor

American Chartered Bank
Ronvella Zeibart
847 W. Randolph
Chicago, IL 60607


Anicia Villafria & Ross del Fierro
802 S. 3rd. St.
Watseka, IL 60970


Anita Chugh
3773 W. Devon Ave.
Lincolnwood, IL 60712


Anthony Maudieri
310 Duane Street, Unit 3
Glen Ellyn, IL 60137


Antonio Fontela
c/o Michael Boltz
201 N. Church
Bensenville, IL 60106


Astoria Federal
2000 Marcus Ave.
Lake Success, NY 11042


Belinda Cisneros
6218 S. Massasolt Ave.
Chicago, IL 60638


Bhupinder Bedi (22 Century LLC)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Broadway Bank
Demetris Giannoulias
5960 N. Broadway
Chicago, IL 60660


Citibank - Ken Kreisel
Citicorp Center
500 W. Madison St. 5th Floor
Chicago, IL 60661

Community Bank of Ravenswood
Eric Hubbard
2300 W. Lawrence Ave.
Chicago, IL 60625


Construction Lending- Myles Milek
100 S. Wacker Dr. Suite 1700
Chicago, IL 60606


D&B Advertising
579 W. North Ave., Suite 300
Elmhurst, IL 60126


David Maines (Prism)(22 Century LLC
3773 W. Devon Ave.
Roselle, IL 60172


Dipak Jain
915 Hamlin St.
Evanston, IL 60201


Donald Bernacchi
1360 Powderhorn
Algonquin, IL 60102


Dr. Abbas Zarif
3525 S. Cass Ave.
Oak Brook, IL 60523


Dr. Ahkter
6758 N. Leroy Ave.
Lincolnwood, IL 60712


Dr. Lam
702 W. Revera Lane
Palatine, IL 60067


Faiz Ali
4180 N. Marine Dr,
#606
Chicago, IL 60613

First Midwest Bank
John Leahy
17500 S. Oak Park Ave.
Tinley Park, IL 60477

Gerard Charles Martin
440 N. Wabash #2909
Chicago, IL 60611-3561

Gordi Kapur
1850 Bolleana Ct.
Schaumburg, IL 60195

Goyal Financial
8301 Parkside
Morton Grove, IL 60053

Harry Shah (Princ)
9238 Normady
Morton Grove, IL 60053

Hitendra Shah
817 Constance Lane
Sycamore, IL 60178

Hitendra Shah (Twinkle Inc.)
3773 W. Devon Ave.
Lincolnwood, IL 60712

Illinois Department of Revenue
100 W. Randolph, Level 7-425
Chicago, IL 60601

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Judith Cantrell
c/o Rubin & Machado Ltd.
120 W. Madison, Suite 400
Chicago, IL 60602

K. Johnston & Ping Wang
PO Box 68611
Schaumburg, IL 60168


Karamat U. Sheikh
24 St. Charles Pl.
Highland Park, IL 60035


Khalil Barbari
2201 Westwood
Crystal Lake, IL 60012


Kim K.Tee


Kishore Chugh (22 Century LLC)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Lind Waldock
1030 W. Van Buren St.
Chicago, IL 60607


Mafat Patel
3773 W. Devon Ave.
Lincolnwood, IL 60712


Mahendra B. Patel
Harvey Heath
3773 W. Devon Ave.
Lincolnwood, IL 60712


Marianne Colello
7237 W. Addison 2N
Chicago, IL 60634


Mark & Cynthia Smith
2030 Leisure Blvd.
Holland, MI 49424


Matthew Rypl
950 W. Washington #302
Oak Park, IL 60302

MBNA America
PO Box 15019
Wilmington, DE 19886


MBNA America
P.O Box 15288
Wilmington, DE 19886


Midwest Bank & Trust
501 W. North Avenue
Melrose Park, IL 60160


Midwest Bank & Trust
501 W. North
Melrose Park, IL 60160


Midwest Bank & Trust
500 W. Chestnut
Hinsdale, IL 60521


Mustansir Cash
823 MCINtosh Ct. #202
Prospect Heights, IL 60070


Mutual Bank
16540 S. Halsted
Harvey, IL 60426


Oakbrook Bank
John Bonino
1400 Sixteenth Street
Oak Brook, IL 60523


Parkway Bank
Mark Shekerjian
4800 N. Harlem
Harwood Heights, IL 60706


Qusai Vajihuddin
6 The Paddockes Wembly Park
Mieelesex HA9 9HE British West Indi


Rajesh Chotalia
3773 W. Devon Ave.
Lincolnwood, IL 60712

Ramon Vilafria
1866 E. 1850 North Rd.
Watseka, IL 60970


REFCO
550 W. Jackson Suite 1300
Chicago, IL 60661


Richard Ranieri
233 Cardinal Dr.
Bloomingdale, IL 60108


Richard Shariff (Soad Watter)
2004 N. Pulaski Rd.
Chicago, IL 60639-3767


Rita Ivanuskas


Robert Ridener


Rudolfo Manuel
3812 W. Birchwood Ave.
Palatine, IL 60078


Shashank Bhatt (22 Century LLC)
3773 W. Devon Ave.
Lincolnwood, IL 60712


State Financial Bank
208 Oak Creek Plaza
Mundelein, IL 60060


Sudhanshu Pathak
265 Union Ave. #C1059
Campbell, CA 95008


Sureanna Sampson/Surenna Lamb
c/o Cirignani & Heller
200 West Madison, Suite 3660
Chicago, IL 60606

Syed Ali Zaidi & Clai Green
24 St. Charles Pl.
Highland Park, IL 60035


Ted Gebber & Marita Landa


Thakor Patel
7338 N. Kedvale Ave.
Lincolnwood, IL 60712


The National Bank & Trust Co.
230 W. State St.
Sycamore, IL 60178


Tilak Marwaha
3773 W. Devon Ave.
Lincolnwood, IL 60712


Tushar Chotalia (22 Century LLC0
3773 W. Devon Ave.
Lincolnwood, IL 60712


V. Parkikh (M&R Lodging)
9101 West Oak Ave.
Des Plaines, IL 60016


Vinod Malhotra
823 Mc Intosh Ct. #202
Prospect Heights, IL 60070


West Suburban Bank - Tim Dineen
717 S. Westmore
Lombard, IL 60148


William Sechin
115 Rockford Ave., #2
Forest Park, IL 60130


Zulma Rivera
9438 Ironwood Lane
Des Plaines, IL 60016

22nd Century Partners Ltd
c/o Weissberg & Associates, Ltd.
401 S. LaSalle Street #403
Chicago, IL 60605


A & Sons Concrete
2849 North Ruby
Franklin Park, IL 60131


A&J Concrete
119 Turner Ct.
West Chicago, IL 60185


Abbott Tree Care
841 Bloomingdale Road
Glen Ellyn, IL 60137


AC Snelton
5 Hillview Drive
Barrington, IL 60010


Acres Group
PO Box 448
610 W. Liberty Street
Wauconda, IL 60084


Action Caulking & Sealant
138 W. Lake Street
Melrose Park, IL 60164


ADT Security
111 Windsor Dr.
Oak Brook, IL 60523


Advanced Fire & Security Systems
12540 Holiday Dr., Suite C
Alsip, IL 60803


Agrani Inc (Jignesh Patel)
16 W. 621 S. Frontage Road
Willowbrook, IL 60527


AIPEA

Air Tours
2609 W. Devon Ave.
Chicago, IL 60659


Airbourne Express
PO Box 91001
Seattle, WA 98111


Ajax Waste Services
PO Box 2102
Joliet, IL 60434-2102


Ajay Zaveri
2442 S. Brunswick Cr.
Woodridge, IL 60517


Alan Horticultural
1409 Joliet Road
Lemont, IL 60439


Alarm Monitor Inc.
2859 Central #138
Evanston, IL 60201


Albrecht Enterprises Inc.
c/o Brian T. Garelli & Associates
340 W. Butterfield 2A
Elmhurst, IL 60126


Alexander Lumber Co.
100 Barney Dr.
Joliet, IL 60435


Alexander Lumber Co.
201 Virginia Rd.
Box 348
Crystal Lake, IL 60039-0348


Alise Napiorski
950 S. Wisconsin St.
Addison, IL 60101


All Brite Cleaning
5410 Sullivan Pass
Algonquin, IL 60102

All Line Electric Co.
520 Quail Hollow, Suite 100
Wheeling, IL 60090


All Seasons Pavers & Plants
PO Box 562
Worth, IL 60482


Alpana Mukhopadhyay Trust
933 Clinton Place
River Forest, IL 60305


Alpha Printing
66 W. 63rd St.
Willowbrook, IL 60527


Alright Concrete
1500 Ramblewood Drive
Streamwood, IL 60107


Amarit and Kulwinder Sandhu
2010 Arbor Vitae Dr.
Hanover Park, IL 60133


Ameri Temp Limited
3 W. College Drive
Arlington Heights, IL 60004


Amerigas
522 S. Vermont St.
Palatine, IL 60067


Ameriglass & Mirror
2300 S. Eastwood Dr.
Woodstock, IL 60098


Amerisource Publications
PO Box 2661
Champlain, NY 12919


Ameritech
Bill Payment Center
Saginaw, MI 48663-0003

Amex Tax Svc
One South Wacker Dr., Suite 800
Chicago, IL 60606-7494


Amrit Patel
6916 N. Chicago Ave.
Chicago, IL 60646


Amron Stair Works
152 Industrial Dr.
Gilberts, IL 60136


Anand Dhanda
8218 Daniels Purchase Way
Millersville, MD 21108


Anchor Plumbing
13N227 Coombs Road
Elgin, IL 60123


Anehi Rivera
452 Englewood
Hillside, IL 60162


Anicia Villa Fria & Ross del Fierro
802 S. 3rd. St.
Watseka, IL 60970


Anita Chugh
3773 W. Devon Ave.
Lincolnwood, IL 60712


Anrub, One
c/o Aronberg Goldgehn Davis
One IBM Plaza #3000
Chicago, IL 60611


Ansub (Subash Aggarwal)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Anthony Maucieri
310 Duane Street, Unit 3
Glen Ellyn, IL 60137

Antonio Fontel
c/o Michael Boltz
201 N. Church
Bensenville, IL 60106


Anytime Heating
10S 264 Schoger Road
Naperville, IL 60564


Apartment People
c/o Neal Murdock & Leroy LLC
203 N. LaSalle #2300
Chicago, IL 60601


Apollo Protable Toilets
PO Box 497
Lincolnshire, IL 60069


ARC
1234 S. Michigan Ave.
Chicago, IL 60605


Arthur Weiler Inc.
12247 West Russell Road
Zion, IL 60099


Aruna/ Suresh Vade (22 Century LLC)
3773 W. Devon Ave
Lincolnwood, IL 60712


Arusha & Danial M. Noorani
221 W. Schreiber Ave.
Roselle, IL 60172


Asbach Vanslow, Inc.
1000 Brown Street, Suite 31
Wauconda, IL 60084


Ashok Gupta (ASG)(22 CenturyLLC)
3773 W. Devon Ave.
Lincolnwood, IL 60712

Aspen Publishers
Aspen Law & Business
PO Box 64829
Baltimore, MD 21264-4829


Astro Industries
6115 Rt. 31
Ringwood, IL 60072


AT&T
One Main Street
PO Box 277019
Atlanta, GA 30384-7019


Ayesha Zaheer
3 Sheffield Lane
Oak Brook, IL 60523


Barbara Runyard
2104 Ardaugh
Joliet, IL 60435


Barrington Pools Inc.
PO Box 3906
Barrington, IL 60011-3906


Batavia Can Company
PO Box 1593
Aurora, IL 60507-1593


BECO Electric Co., Inc.
5627 W. 120th Street
Alsip, IL 60803


Behlul Zakiuddin
10 S. 260 Rt. 83
Willowbrook, IL 60527


Belinda Cisneros
6218 S. Massasolt Ave.
Chicago, IL 60638


BFI
630 S. Hicks Road
Palatine, IL 60067-6944

Bharat Patel (Eros Software)
1300 S. Roselle Rd
Schaumburg, IL 60193


Bhavna Mehrotra
6005 Stewart Dr. 316
Downers Grove, IL 60515


Bhupendra Latamba
2160 Cherry Lane, Apt. 102
Lisle, IL 60532


Bhupinder Bedi (22 Century LLC)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Bibi Magazine
2480 Times Blvd., Suite 209
Houston, TX 77005


Bijal Parikh
9101 W. Oak Park Ave.
Des Plaines, IL 60016


Biren Shah
2600 W. Bryn Mawr
Chicago, IL 60659


Biz Friendly
2660 20th Street
Port Huron, MI 48060


Blanchard Collins Electrical
10737 Wolf Drive
Huntley, IL 60142


Blanford Design
10350 Argonne Dr., Suite 100
Woodridge, IL 60517


Blasen Garage Door Co., Inc.
625 Lunt Avenue
Schaumburg, IL 60193

Blitz Media, Inc.
6229 N. Richmand, Suite #1
Chicago, IL 60659


Blue Cross Blue Shield
PO Box 1186
Chicago, IL 60690


Bornquist Inc.
7050 N. Lehigh Ave
Chicago, IL 60646


Briggshaw
29 W110 Butterfield Rd., Suite 101
Warrenville, IL 60555


Broadway Bank
Attn:  Demetris Giannoulias
5960 N. Broadway
Chicago, IL 60660


Broadway Bank
Demetris Giannoulias
5960 N. Broadway
Chicago, IL 60660


Broadway Bank
c/o Falmm & Teibloom Ltd.
20 N. Clark St. #2200
Chicago, IL 60602


Builders Insulation
2304 Spring Drive, Suite D
Spring Grove, IL 60081


Building 2000
PO Box 68877
Schaumburg, IL 60168-0877


Cable Plus
9594 First Ave. NE #203
Seattle, WA 98115-2012

Cardinal Excavating
116 Long Ave.
Roselle, IL 60172


Carrera Concrete
c/o Addis Greenberg & Schultz
707 Skokie Blvd. #540
Mundelein, IL 60060


Casco Industries
540 W. Division St.
South Elgin, IL 60177


Casey Transport
1500 W. Fullerton Avenue
Addison, IL 60101


CB Digital Imaging
642 S. Roselle
Schaumburg, IL 60193


CDW Computers
PO Box 75723
Chicago, IL 60675-5723


CDW Corporation
c/o The Chaet Kaplan Firm
30 N. LaSalle St. #1520
Chicago, IL 60602


Central Building & Preservation
1071 West Fry Street
Chicago, IL 60622


Century Automatic Sprinkler
1570 St. Paul Avenue
Gurnee, IL 60031


Chandrakant & Kokila Patel
8523 W. Elizabeth St.
Niles, IL 60714


Charleston Cabinet & Door
1519 E. Main Street
Saint Charles, IL 60174

Chawla & Associates
2132 Deepwater Lane, Suite 216
Naperville, IL 60564


Chicago Masonry
841 N. Addison Avenue
Elmhurst, IL 60126


Chicago Sun Times
401 N. Wabash Ave.
Chicago, IL 60611-3532


Chicago Title Insurance
1700 S. Elmhurst Road
Mount Prospect, IL 60056


Chicago Tribune Co.
c/o Michael D. Weis
PO Box 1166
Northbrook, IL 60065


Chitarhar Broadcasting
220 S. State St.
Suite 1410
Chicago, IL 60604


Christopher Nagy
353 S. Hale St.
Palatine, IL 60067


CIMCO Communications
PO Box 95900
Chicago, IL 60694-5900


Cingular Wirless
PO Box 806055
Chicago, IL 60680-6055


Citibank - Ken Kreisel
Citicorp Center
500 W. Madison St. 5th Floor
Chicago, IL 60661

CitiCapital
PO Box 8500-9805
Philadelphia, PA 19178-9805

City Glass & TV Hardware
921 S. Western Ave.
Chicago, IL 60612

City of Aurora
44 E. Downer Place
Aurora, IL 60507

City of Darien
1702 Plainfield Rd.
Darien, IL 60561

City of Des Plaines
1420 Miner St.
Des Plaines, IL 60016

City Water International
2811 S. Fairfield Ave
Lombard, IL 60148

CMD
PO Box 2241
Carol Stream, IL 60132-2241

Combined Specialty Insurance
135 S. LaSalle Street
Dept. 8385
Chicago, IL 60674-0001

Comed
Bill Payment Center
Chicago, IL 60668-0001

Comfort Inn Int'l
2550 Landmeier Road
Aurora, IL 60504

Community Bank of Ravenswood
Eric Hubbard
2300 W. Lawrence Ave.
Chicago, IL 60625

Compass Consulting Group
2631Ginger Woods Parkway
Suite 100
Aurora, IL 60504


Competitive Door & Supply
7744 W. Monroe
Forest Park, IL 60130


Concept Plumbing
7080 Barry Avenue
Des Plaines, IL 60018


Conick & Conick
321 S. Wheaton Ave.
Wheaton, IL 60187


Constant Electric
662-666 Albion
Schaumburg, IL 60193


Construction Consulting Svcs
1240 N. Homan Avenue
Chicago, IL 60651


Construction Lending- Myles Milek
100 S. Wacker Dr. Suite 1700
Chicago, IL 60606


Continental Engineering
PO Box 654
2099 Stonington Ave.
Schaumburg, IL 60195


Cook County Collector
PO Box 802448
Chicago, IL 60680-2448


Corecom
PO Box 790352
Saint Louis, MO 63179-0352

Cory & Associates
One Lincoln Center
Suite 1600
Villa Park, IL 60181-4260


Cory Andrew
c/o Edward T. Joyce & Assoc.
11 S. LaSalle Street #1600
Chicago, IL 60603


Cowhey Gudmundson Leder, Ltd
300 Park Boulevard
Suite 205
Itasca, IL 60143


Create A Check
Attn: Accounts Receivable
2302 S. Presidents Dr.
Salt Lake City, UT 84120


Crystal Lake Fire Department
121 W. Woodstock
Crystal Lake, IL 60014


CSC Office Automation
3215 Algonquin Road
Rolling Meadows, IL 60008


Custom Roofing
180 Detroit Street, Suite A
Cary, IL 60013


D&B Advertising
579 W. North Ave., Suite 300
Elmhurst, IL 60126


D&P Construction
8601 W. Bryn Mawr Ave.
Chicago, IL 60631-3501


Daksha Vyas
330 Diversey Apt. 1008
Chicago, IL 60657

Dan Kordick
276 N. Addison
Elmhurst, IL 60126

Daniel J. Kollias
1 N. 141 County Farm Rd. #230
Winfield, IL 60190

Daniel Kollias
1 N 141 County Farm Road #230
Winfield, IL 60190

Darien Woods HOA
750 Lake Cook Road, Suite 190
Buffalo Grove, IL 60089

Darsh T & Usha Wasan
8705 Royal Swan Lane
Darien, IL 60561

David Maines (Prism)(22 Century LLC
3773 W. Devon Ave.
Lincolnwood, IL 60712

David Nelson
1128 Quanset Ct.
Schaumburg, IL 60194

David Placek
6900 Osage Ave.
Downers Grove, IL 60516

David Stieper
2300 N. Barrington Road
Schaumburg, IL 60195

David Wayne Carpenter
116 North Aldine
Elgin, IL 60123

Dean Dabbah
4851 Dhornbark Dr.
Barrington, IL 60010

Deborah Tyler Willford
6313 For Run Lane
Matteson, IL 60443


Deepak Jain
915 Hamlin Street
Evanston, IL 60201


Dell Financial Svc.
Payment Processing Center
PO Box 529
Carol Stream, IL 60197-5292


Delta Landscape & Snow Plowing
32 Petrick Lane
Crystal Lake, IL 60014


Deol Pritam
c/o Andrew Splegal, Chawla Group
15 Spinning Wheel Road
Hinsdale, IL 60521


Design & Construction Resource
PO Box 52470
Irvine, CA 92619-2470


Dharmendra, Patel
1713 Chariot Ct. Apt. 2B
Mount Prospect, IL 60056


Dhruvkumar & Kshama Patel
31780 Leeward Court
Avon Lake, OH 44012


Diamic Electric
15426 70th Court
Orland Park, IL 60462


Diamonte Lazak
216 W. Higgins Road
Park Ridge, IL 60068


Dinesh Ganhi
3901 Charlie Ct.
Glenview, IL 60025

Dipak Jain
915 Hamlin St.
Evanston, IL 60201


Dipankar Mukhopadhyay Trust
933 Clinton Place
River Forest, IL 60305


Direct Fitness Solutions
1312 Armour Blvd.
Mundelein, IL 60060


Directionsl Strategies, Inc.
1115 W. Tower Road
Schaumburg, IL 60173


Distinctive Business Products
PO Box 5940
Carol Stream, IL 60197-5940


DME Access
2215 Cornell Ave.
Montgomery, IL 60538


Donald Bernacchi
1360 Powderhorn
Algonquin, IL 60102


Donald Garvey & Associates
1 S. 376 Summit
Villa Park, IL 60181


Donald Wilson
312 W. Randolph #200
Chicago, IL 60606


Donald Zimmerman & Associates
550 Frontage Rd.
Suite 3805
Winnetka, IL 60093


DR Window Works
6767 Fieldstone Dr.
Hinsdale, IL 60521

Dr. A. Ivankovich
526 Woodland Dr.
Glenview, IL 60025


Dr. Abbas Zarif
3525 S. Cass Ave.
Oak Brook, IL 60523


Dr. Ahkter
6758 N. Leroy Ave.
Lincolnwood, IL 60712


Dr. Anicia Villa Fria
1886 E. 1850 N. Rd
Watseka, IL 60970


Dr. Joseph S. Thomas
9615 Bell Ave.
Chicago, IL 60643


Dr. Karim Valika


Dr. Lam
702 W. Revera Lane
Palatine, IL 60067


Dr. Mohammad Arain
506 Sauk Path
Oak Brook, IL 60523


Dr. N.P. Dahodwala
900 S. Frontage Road #110
Woodridge, IL 60517


Dr. Ram Garg
22997 Hall Road
Woodhaven, MI 48183


Duane Morris
Payment Processing
One Liberty Place
Philadelphia, PA 19103-7396

Dynamic Drywall
947 Leverenz Road
Naperville, IL 60565

Early American Drywall
1055 S. Courtesy Ln.
Wheeling, IL 60090

Edward Feuling
2627 N. Highland
Arlington Heights, IL 60004

Edward Hines Lumber Co.
7707 Blivin Rd.
Spring Grove, IL 60081

Elite Excavating
1933 Lily Lane
Round Lake, IL 60073

Emalfarb Swan & Bain
440 Central Ave
Highland Park, IL 60035

Engineering Power Solutions
2385 Hammond Dr.
Suite 107
Schaumburg, IL 60173-3844

Environmental Consulting Group
901 W. Jackson Blvd., Suite 203
Chicago, IL 60607

Environmental Mgt Resource
16W251 Frontage Rd.
Suite 28
Willowbrook, IL 60527

EP Connell & Assoc
21 Rob Lane
Unit C
Prospect Heights, IL 60070

Eric Ferleger
29 S. LaSalle St. #300
Chicago, IL 60603

Eric P. Ferteger
29 S. LaSalle #300
Chicago, IL 60602

Essex Insurance Co.
c/o Jay Levy
10 S. LaSalle St., #900
Chicago, IL 60603

Ever-Ready Cleaning Svc
PO Box 694
Grayslake, IL 60030

EW Window Cleaning
14139 Western Ave. #14
Blue Island, IL 60406

Excel Companies Inc.
725 Armstrong Dr.
Buffalo Grove, IL 60089

Express Marketing Inc.
530 Pratt Ave. N
Schaumburg, IL 60193-4555

Express Signs & Graphics
6349 N. Fairfield
Chicago, IL 60659

Extreme Snow & Ice Control
4109 Highland Ave.
Downers Grove, IL 60515

F&F Plumbing
2508 Colby Drive
Mchenry, IL 60050

F&H Supply Corp.
c/o Abrams & Abrams
75 E. Wacker Dr. #320
Chicago, IL 60601

Faiz Ali
4180 N. Marine Dr,
#606
Chicago, IL 60613


Falcon Green Homeowners Association
c/o Property Specialists
5999 S. New Wilkie Rd., Suite 400
Rolling Meadows, IL 60008


Farida Darigar
361 Ceder Tree
Schaumburg, IL 60194


Figuero Building Services
501 Juniper Drive
North Aurora, IL 60542


First Midwest Bank
John Leahy
17500 S. Oak Park Ave.
Tinley Park, IL 60477


Flooring Dimensions Inc.
PO Box 7834
Algonquin, IL 60102


Floyd Construction
24 E. Sunset Dr.
Villa Park, IL 60181


Force Electric Inc.
5031 Mulford Street
Skokie, IL 60077


Fortune
PO Box 60001
Tampa, FL 33660-0001


Foster Industrial
4963 27th Ave.
Rockford, IL 61109

Fox Metro Water Reclaimation
PO Box 109
Montgomery, IL 60538


Frank Montgomery
1420 Renaissance Dr.
Suite 408
Park Ridge, IL 60068


Garage Scape
7600 W. 27th Street
Suite 230
Minneapolis, MN 55426


Garavi Gujrat Publications
2020 Beaver Ruin Road
Norcross, GA 30071


Gary Tucker
2205 Kipling Lane
Highland Park, IL 60035


GDK Glass & Mirror
1549 Bournon Parkway
Streamwood, IL 60107


GE Capital
PO Box 640506
Pittsburgh, PA 15264-0506


Geeta  Gupta
19 Mitchell Avenue
Centralia, IL 62801


General Motors Acceptance Corp
Payment Processing Center
PO Box 5180
Carol Stream, IL 60197-5180


Gerald Heinz & Associates
206 N. River St.
Dundee, IL 60118

Gerard Charles Martin
440 N. Wabash #2909
Chicago, IL 60611-3561

GMAC
Payment Processing Center
PO Box 5180
Carol Stream, IL 60197-5180

Goodson Manley & Durfee PLC
2025 N. Third Street
Phoenix, AZ 85004-1488

Gordi Kapur
1850 Bolleana Ct.
Schaumburg, IL 60195

Goyal Financial
8301 Parkside
Morton Grove, IL 60053

Great Western Flooring
31 Kendall Point Dr.
Chicago, IL 60659

Gregory Gaarbo
c/o Schenk & Annes Ltd.
311 S. Wacker Dr. #5125
Chicago, IL 60606

Groot Recycling
2500 Landmeier Rd.
Elk Grove Village, IL 60007

Group Arcreo
6050 N. Keystone Ave.
Chicago, IL 60646

GTL Total Lanscaping
4N328 Powis Rd.
West Chicago, IL 60185

Guatam Patel
3773 W. Devon Ave.
Lincolnwood, IL 60712

Gupta Narendra
c/o Michael C. Goode
11 S. LaSalle
Chicago, IL 60603


Guy Sheldon
1339 W. Addison
Chicago, IL 60613


Hamdard Center For Health
Human Services
96 W. Moreland, Suite 10
Addison, IL 60101


Hansa Haria
4710 Wildflower Lane
Medina, OH 44256


Haresh Modi (TC)
3773 W. Devon
Lincolnwood, IL 60712


Harry Shah (Princ)
9238 Normady
Morton Grove, IL 60053


Hasan Merchant
1 Falcon Lakes Dr.
Barrington, IL 60010


Hashim Imam
193 Mtn Laurel Ct.
Midlothian, IL 60445


Hatim Hamiduddin
354 Woodstock Rd.
Oxford, England OX28BZ


Hayes Mechanical Inc.
2160 N. Ashland
Chicago, IL 60614-3024


Hema Bhatt
3773 W. Devon Ave.
Lincolnwood, IL 60712

Henry Boysen Co. Inc.
20 W. North Street
Grayslake, IL 60030-1000


Herz Construction
9 S 116 Frontage Road, Suite #208
Clarendon Hills, IL 60514


HH Holmes Testing Labs
170 Shepard Avenue
Wheeling, IL 60090


Hinckley Spring Water
PO Box 1888
Bedford Park, IL 60499-1888


Hitendra Desai
1709 E. Peach Tree Dr.
Arlington Heights, IL 60004


Hitendra Shah
817 Constance Lane
Sycamore, IL 60178


Hitendra Shah (Twinkle Inc.)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Hoida Lumber & Components
Hoida East
1599 University Ave,
Green Bay, WI 54302


Home Builders Association
1919 S. Highland Ave., Suite 225A
Lombard, IL 60148-6180


Ibarras Concrete
541 Jennings
Lake In The Hills, IL 60156


Ideal Drywall/Decorating Inc.
1480 Illinois Parkway
Elgin, IL 60123

Illinois Department of Revenue
100 W. Randolph Street
Chicago, IL 60602


Illinois Dept of Employment Securit
Bankruptcy Unit, 3rd Floor
401 S. State
Chicago, IL 60605


Illinois Pump Inc.
2525 South Clearbrook
Arlington Heights, IL 60005


Imperial Improvements Inc.
1764 Euclid Ave.
Mount Prospect, IL 60056


Imperial Tile & Marble
1464 W. 37th Street
Chicago, IL 60609


Inam Khan
1 S. 526 Rt. 53
Glen Ellyn, IL 60137


India Post
2335 W. Devon Ave.
Chicago, IL 60659


India Tribune Corp
3302 W. Peterson Ave.
Chicago, IL 60659


Indian Garden Restaurant
247 E. Ontario
2nd Floor
Chicago, IL 60611


Industrial Door Company
Chicago, Inc.
2351 Brickvale Dr.
Elk Grove Village, IL 60007

Indymac Bank
100 S. Wacker Dr.
Suite 1700
Chicago, IL 60606


Infinity Holdings Corp
c/o Ross Dixon & Bell
Three 1st National Plaza #525
Chicago, IL 60602


INFO1
23622 Calabasas Road
Suite 123
Calabasas, CA 91302


Inger Freund
5414 Hill Road
PO Box 384
Richmond, IL 60071


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


IREX Professional
171 Annandale Dr.
Lake In The Hills, IL 60156


ISS Chicago Sound & Communication
3765 N. Wilton Ave
PO Box 13456
Chicago, IL 60613-0456


IVI International Incl
105 Corporate Park Dr.
West Harrison, NY 10604


J&S Excvating Inc.
9645 Woodstock Road
Garden Prairie, IL 61038


J&W Trenching
28 W 074 Industrial Avenue
Barrington, IL 60010

Jack D. Franks
19333 E. Grant
PO Box 5
Marengo, IL 60152


Jagdish & Padma Mundhra
5825 Theobald Rd.
Morton Grove, IL 60053


Jamali Kopy Kat
2501 St. Charles Road
Bellwood, IL 60104


James and Daryl Miller
c/o Charles Hartnett
PO Box 1014
Crystal Lake, IL 60014


Jason Korpela


Jay & Smita Shah
1164 Dorset Dr.
Wheaton, IL 60187


Jay Parikh
3773 W. Devon Ave.
Lincolnwood, IL 60712


Jensen & Jensen Architects & Engine
2000 Spring Road, Suite 620
Oak Brook, IL 60523


Jerry Sangchantar


Jhankar
178 Hillandale Dr
Bloomingdale, IL 60108-1464


JMAR Overhead Doors
119 E. Butterfield Road
North Aurora, IL 60542

JMB Electric
78 W. Seegers Rd.
Arlington Heights, IL 60005


JMK ELectric Co.
1030 Bluebird Land
Roselle, IL 60172


John Garvis
c/o Peter G. Swan
440 Central Ave
Highland Park, IL 60035


John Givaris
4141 W. Devon
Chicago, IL 60646


John R. Buscher
Walinski & Trunkett, P.C.
25 E. Washington #1221
Chicago, IL 60602


John Spot Portable Services
1565 Aurora Ave.
Aurora, IL 60504-8703


Jon Woodring
c/o Pekin Levin & Associates
200 N. LaSalle #2300
Chicago, IL 60601


Jose Zavala
3942 W. Leland
Chicago, IL 60625


Jotwani Prakash
c/o Fuchs & Roselli Ltd.
440 W. Randolph #500
Chicago, IL 60606


Julie Harness
c/o Michelle Courier
19333 E. Grant Hwy. PO Box 5
Marengo, IL 60152

K Hoving Recycling & Disposal
3 N 551 Powis Rd.
West Chicago, IL 60185


K. Johnston & Ping Wang
PO Box 68611
Schaumburg, IL 60168


K. Surinder & Tripat Sahajpal
8200 Oak Knoll Dr.
Burr Ridge, IL 60521


K2 Construction
6701 Sweetbriar Lane
Darien, IL 60561


Kadva Patidar Samaj
7639 Manchester Manor
Bartlett, IL 60103


Kalpana Chotalia
3773 W. Devon Ave.
Lincolnwood, IL 60712


Kane County Collector
710 S. Batavia Ave., Bldg A
Geneva, IL 60134


Kanzler Landscape Contractor
PO Box 626
Wauconda, IL 60084


Karamat U. Sheikh
24 St. Charles Pl.
Highland Park, IL 60035


Kari Kratochvil
79 Regend Dr.
Oak Brook, IL 60523


Kathleen Judy
311 N. Second St.
Suite 202A
Saint Charles, IL 60174

Katten Muchin & Zavis
525 W. Monroe St., Suite 1600
Chicago, IL 60661-3693

KCD Consultants
16144 S. Bell Road
Lockport, IL 60441

KDA
133 S. Rohlwing Rd.
Addison, IL 60101

Kempster Keller & Lenz Calvo
332 S. Michigan Ave. #860
Chicago, IL 60604

Ketan Kamdar
3065 Dell Place
Glenview, IL 60025

Kevin Basham
4625 N. Winchester Ave. #219
Chicago, IL 60640

Kevin Johnson
c/o Joseph McMahon
4343 Commerce Court, #415
Lisle, IL 60532

Kevin Mortell
Baker Miller Markoff & Krasny LLC
11 S. LaSalle St., 19th Fl.
Chicago, IL 60603

Khalil Barbari
2201 Westwood
Crystal Lake, IL 60012

Khalil Barbari (Charlie)
2201 S. Westwood Dr.
Hillside, IL 60162

Khuzema Merchant
9049 Falcon Greens Dr.
Crystal Lake, IL 60014

Kim K. Lee


Kishore Chugh (22 Century LLC)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Klehm Nursery
197 Penny Road
Barrington, IL 60010-9390


Koecritz
1400 Hicks Road
Rolling Meadows, IL 60008


Lakewood Countertip
155 S. Rohlwing Rd., Suite C
Addison, IL 60101


Land Technology
5116 W. Elm Street
Mchenry, IL 60050


Landscape Concepts Management
PO Box 769
Grayslake, IL 60030-0769


Langraphs, Ltd.
c/o Gary K. Mickey
2111 Plum Street, 2nd Floor
Aurora, IL 60507


Lawrence Liebman
PO Box 736
Chicago, IL 60653


Leon Grimes
1886 Carnation Ct.
Aurora, IL 60506


Leon Wexler
77 W. Washington #1618
Chicago, IL 60602

LikNu Poreclain
179 Woodbury Rd.
Hicksville, NY 11801


Lindsey & Sons
9200 S. Kingery Rd.
Hinsdale, IL 60521


Lisa Coffee
5 W. Merchants Dr.
Oswego, IL 60543


Littman Bros Lighting Corp
900 Estes Court
Schaumburg, IL 60193


Lorenzo's Landscaping
1910 Cobblestone Lane
Mchenry, IL 60050


Luis Rodriguez
7008 Lowell Dr.
Carpentersville, IL 60110


LVI Environmental Svcs, Inc.
621 E. Wildwood Ave.
Villa Park, IL 60181


Lynwood Sign Company
1200 E. Golf Road
Des Plaines, IL 60016


Madan Kulkarni
8408 Redtail Dr.
Crystal Lake, IL 60014


Mafat Patel
3773 W. Devon Ave.
Lincolnwood, IL 60712


Mahendra B. Patel
3773 W. Devon Ave.
Lincolnwood, IL 60712

Mahendra B. Patel (Harvey Health)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Manco Construction
2735 N. 73rd Court
Elmwood Park, IL 60707


Manco Homes
2735 N. 73rd Court
Elmwood Park, IL 60707


Maneval Construction Co. Inc.
211 S. Rt. 83 Maneval Drive
Grayslake, IL 60030


Manisah Chotalia
3773 W. Devon Ave.
Lincolnwood, IL 60712


Manjula Juluri
9016 Falcon Greens
Crystal Lake, IL 60014


Manoj Ajmera (22 Century LLC)
3773 W. Devon Ave.
Lincolnwood, IL 60712


Manzoor & Rubar Hussain
709 Midwest Club
Oak Brook, IL 60523


Marianne Colello
7237 W. Addison 2N
Chicago, IL 60634


Mark & Cynthia Smith
c/o Gregory Waggoner
Four N. Walkup Av.
Crystal Lake, IL 60014


Mark & Cynthia Smith
2030 Leisure Blvd.
Holland, MI 49424

Mark F. Kalina
100 W. Roosevelt Road
Suite A-1
Wheaton, IL 60187


Mark Painting
2560 West Ave.
Chicago, IL 60630


Mark Patenaude
35 Prairie Point Lane
Streamwood, IL 60107


Marshall Dickler
85 W. Algonquin Rd.
Arlington Heights, IL 60005


Mathias Jan Architect
334 Colfax, Suite D
Palatine, IL 60067


Matthew Typl
950 W. Washington #302
Oak Park, IL 60302


Maureen Gonzalez
3942 S. Leland
Chicago, IL 60625


MB Cultured Marble
35 Burdent Dr.
Crystal Lake, IL 60014


McGinty Bros
3744 RFD Cuba Rd.
Lake Zurich, IL 60047-7958


MCI Residential
PO Box 17899
Denver, CO 80217-0890


Media Insight Inc.
1020 S. Park Blvd.
Streamwood, IL 60107-2149

Merk Capital Corp
1605 Belle Haven Dr., Suite 200
Grayslake, IL 60030


Metlife
120 E. Ogden Ave., Suite 100
Hinsdale, IL 60521


Metlife Small Business Center
PO Box 804466
Kansas City, MO 64180-4466


Metro Supplies & Service
7550-3 Bristol Lane
Hanover Park, IL 60133


Metropolitan Sweeping
PO Box 793
Lombard, IL 60148


Mid American Heating
2402 Spring Ridge Dr., Suite 1
Spring Grove, IL 60081


Mid American Title
149 N. Virginia Stree
PO Box 373
Crystal Lake, IL 60039-0373


Midwest Bank & Trust Company
c/o M. Flynn/Business Legal Svc
936 Maple Ave.
Downers Grove, IL 60515


Midwest Bank & Trust Company
John Spear and Mary Henthorn
500 West Chestnut
Hinsdale, IL 60521


Midwest Trust Services, Inc.
1606 N. Harlem Ave.
Elmwood Park, IL 60707-4396

Minasha Chotalia
3773 W. Devon Ave.
Lincolnwood, IL 60712

Minnesota Financial Corp
1111 Old Eagle School Rd.
Wayne, PA 19087

Mitch's Greenthumb Landscaping
32285 N. Alleghany Road
Grayslake, IL 60030

MK Zafar CPA
2704 W. Peterson Ave.
Elmwood Park, IL 60707

MM Haque Trust
10 Victoria Ct.
Oak Brook, IL 60523

Model Cleaning
835 Oak Street
Roselle, IL 60172

Mohammed Dawood
4401 W. Estes
Lincolnwood, IL 60712

Mohan & Jayshree Durve
13400 County Line Rd.
Chagrin Falls, OH 44022

Monster.Com
22446 Network Place
Chicago, IL 60673

Mule Construction
164 Rosedale Court
Bloomingdale, IL 60108

Mustansir Cash
3 B Kingery Quarters, #208
Hinsdale, IL 60521