## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| HASAN MERCHANT and | ) | CASE NO. 04 B 23771 |
| SHERI BANOO MERCHANT, | ) | |
| | ) | |
| Debtors. | ) | HON. A. BENJAMIN GOLDGAR |

### FINAL REPORT OF DEBTOR-IN-POSSESSION

To:   THE HONORABLE A. BENJAMIN GOLDGAR,
      BANKRUPTCY JUDGE and
      THE UNITED STATES TRUSTEE

U‒ ‒ ‒ ‒ ‒CY COURT
‒ ‒ ‒ ‒ F OF ILLINOIS

SEP 21 2004

‒ ‒ ‒ ‒ ‒, CLERK

NOW COMES the debtors, Hasan Merchant and Sheri Banoo

Merchant (the "Debtors"), and respectfully submit to the Court

and to the United States Trustee its Final Report in accordance

with Federal Rule of Bankruptcy Procedure 1019(5)(a)(ii).

1.   The Petition commencing this case under Chapter 11 was

filed on June 23, 2004.   An order converting this case to a case

under Chapter 7 was entered on August 16, 2004. David R. Brown

has been appointed as the Chapter 7 trustee for the Debtor's

estate.

2.   The Debtors have turned over to the Trustee certain

records and property of the estate, as requested by the Trustee,

in accordance with Federal Rule of Bankruptcy Procedure 1019(4).

3.   A summary of the Debtors' Final Report for the period

of June 23 through August 16, 2004 is as follows:

a.   BEGINNING BALANCE (See Exhibit A)      $ 5,425.07

b.   RECEIPTS (See Exhibit A)               $21,140.23

(A0073135.DOC)

c.   DISBURSEMENTS (See Exhibit A)                    $22,303.21

d.   NET CASH available for Trustee                   $ 4,262.09


4.   The Debtor has filed a Schedule of Unpaid Debts in accordance with Federal Rule of Bankruptcy Procedure 1019(5)(a)(ii) in the aggregate sum of $500.00.

RESPECTFULLY SUBMITTED:

DATE:   _____

_____
Hasan Merchant

_____
Sheri Banoo Merchant


Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street
Suite 800
Chicago, IL  60610
(312) 541-0151
Attorneys for the Debtors

{A0073135.DOC}

## EXHIBIT A
## CASH RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Opening balance in all accounts and cash | $5,425.07 |
| Receipts: | |
| Salary from Women's Comprehensive Healthcare | $9,395.23 |
| Loan from Women's Comprehensive Healthcare | $5,000.00 |
| Loan from Iqbal Qamruddin | $6,745.00 |
| Disbursements: | |
| 7/23- Cash advance to Polo Builders | $2,000.00 |
| 7/28- Cash advance to Polo Builders | $2,000.00 |
| 6/23- 8/16 Disbursements by check (See attached summary) | $18,303.21 |
| Ending balance in all accounts and cash | $4,262.09 |

{A0073135.DOC}

P. 2

## *Checks written (6-23 to 8-16)*

| Date | Check # | Description | Amount |
|---|---|---|---|
| 7/11/2004 | 9990 | Claude | $2,000.00 |
| 7/12/2004 | 9991 | Signature Cleaners | $115.10 |
| 7/10/2004 | 9994 | Lexus Financial Services | $1,338.50 |
| 7/10/2004 | 103 | Insiya Morbiwala | $52.00 |
| 7/10/2004 | 104 | Lubaina Doriwala | $52.00 |
| 7/13/2004 | | Checks | $6.00 |
| 7/16/2004 | 105 | Com Ed | $698.17 |
| 7/10/2004 | 106 | Women's Doc | $200.00 |
| 7/27/2004 | 107 | Nicor Gas | $274.44 |
| 7/27/2004 | 108 | Astoria Federal Savings | $8,572.94 |
| 7/27/2004 | 109 | State Financial Bank | $4,138.34 |
| 7/27/2004 | 110 | Disney Vacation Club | $77.86 |
| 7/27/2004 | 111 | Disney Vacation Club | $77.86 |
| 7/28/2004 | 112 | Two Hands Landscaping Services | $700.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *HASAN MERCHANT & SHERI BANOO MERCHANT*    CASE NO. *04 B 23771*

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending ___*6/23 — 7/31*___, 20 *04*

BEGINNING BALANCE IN ALL ACCOUNTS     $ *5,425.07*

RECEIPTS:
    1. Receipts from operations     $_____
    2. Other Receipts     $_____

DISBURSEMENTS:
    3. Net payroll:
       a. Officers     $_____
       b. Others     $_____

    4. Taxes
       a. Federal Income Taxes     $_____
       b. FICA withholdings     $_____
       c. Employee's withholdings     $_____
       d. Employer's FICA     $_____
       e. Federal Unemployment Taxes     $_____
       f. State Income Tax     $_____
       g. State Employee withholdings     $_____
       h. All other state taxes     $_____

    5. Necessary expenses:
       a. Rent or mortgage payments(s)     $_____
       b. Utilities     $_____
       c. Insurance     $_____
       d. Merchandise bought for
          manufacture or sale     $_____
       e. Other necessary expenses
          (specify)
          *Cash Contrib to Polo Builders*     $ *4,000.00*
          _____     $_____

TOTAL DISBURSEMENTS     $ *4,000.00*

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD     $ *(4,000.00)*

ENDING BALANCE IN ___*LIST ATTACHED*___     $ *1,425.07*
           (Name of Bank)
ENDING BALANCE IN _____     $_____
           (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS     $ *1,425.07*

OPERATING REPORT Page 1

EXHIBIT "B"

CASE NAME   HASAN MERCHANT &   CASE NO.   04 B 23771
SHERI BANU MERCHANT

## Current Account

| Bank | Address | Account # | Account Holder | Balance |
|---|---|---|---|---|
| Bank One | 2555 W. Golf Rd. Hoffman Est, IL 60194 | 1110024964241 | Sheri Merchant | ($198.26) |
| Citibank | 800 S. Barrington Rd Streamwood, IL 60107 | 45200574 | Sheri Merchant | $649.18 |
| State Financial Bank | 208 Oak Creek Plaza Mundelein, IL 60060 | 00020-33-101 | Sheri Merchant Mike Merchant | $100.00 |
| State Financial Bank | 208 Oak Creek Plaza Mundelein, IL 60060 | 00020 33 169 | Sheri Merchant | $774.15 |
| Bank One | 17 W 695 Roosevelt Rd Oak Brook Terrace, IL 60181 | 659255038 | Hasan Merchant | $100.00 |
| Total | | | | $1,425.07 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*HASAN MERCHANT*

CASE NAME: *SHERI BANOO MERCHANT*   CASE NO.: *04 B 23771*

RECEIPTS LISTING

FOR MONTH ENDING *6/23 - 7/31* , 20 *04*

Bank: _____

Location: _____

Account Name: _____

Account No.: _____


| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | *NONE* | |


                                         TOTAL:_____


Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *HASAN MERCHANT SHERI BANNO MERCHANT*   CASE NO.: *04 B 23771*

## DISBURSEMENT LISTING

FOR MONTH ENDING ___*6/23 - 7/31*___ , 20 *04*

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/23 | NA (Cash) | TO POLO | 2,000.00 |
| 7/28 | NA (Cash) | POLO | 2,000.00 |

TOTAL: ___*4,000.00*___

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT   Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *HASAN MERCHANT* *SHERI BONOO MERCHANT*   CASE NO.: _04 B 23771_

FOR MONTH ENDING _6/23 - 7/31_, 20_04_

## STATEMENT OF INVENTORY

Beginning inventory                     $_____

Add: purchases                          $_____

Less: goods sold                        $_____
   (cost basis)

Ending inventory                        $_____


## PAYROLL INFORMATION STATEMENT

Gross payroll for this period           $_____

Payroll taxes due but unpaid            $_____


## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

\* Include only post-petition payments.

OPERATING REPORT  Page 4

Hasan Merchant &
Sheri Banoo Merchant
6/23-7/31/04

04 B 23771

## Status of Payments to Secured Creditors and Lessors

| Creditor | Pmt due date | Amount | # Pmts Delinq. | Amount Pmts Delinq. |
|---|---|---|---|---|
| 22nd Century Partners | unknown | unknown | unknown | unknown |
| Amer Chtrd Bank-Polo Woods | 7/1/2004 | 5,411.08 | 1 | 5,411.08 |
| First Midwest Bank-6400 Long Meadow | 7/1/2004 | 3,670.00 | 1 | 3,670.00 |
| Liberty Development-Polo Woods | 7/1/2004 | 2,410.00 | 1 | 2,410.00 |
| Midwest Bank-Falcon Greens II | 7/1/2004 | 47,323.01 | 1 | 47,323.01 |
| Parkway Bank- Polo Tower | 7/1/2004 | 73,151.38 | 1 | 73,151.38 |
| Parkway Bank- Falcon Greens I | 7/1/2004 | 9,464.21 | 1 | 9,464.21 |
| West Suburban Bank-Office Building | 7/1/2004 | 6,179.88 | 1 | 6,179.88 |
| Parkway Bank-Polo Landing | 7/1/2004 | 15,750.00 | 1 | 15,750.00 |
| West Suburban Bank- Darien | 7/1/2004 | 3,540.00 | 1 | 3,540.00 |
| West Suburban Bank- Falcon Ridge | 7/1/2004 | 1,168.50 | 1 | 1,168.50 |
| Broadway Bank-8235 Polo Ct. Thorne | 7/1/2004 | 1,000.00 | 1 | 1,000.00 |
| Broadway Bank - Polo Crossing | 7/1/2004 | 17,214.31 | 1 | 17,214.31 |
| Broadway Bank - Polo Lofts | 7/1/2004 | 13,971.87 | 1 | 13,971.87 |
| Parkway Bank - 213-3 Liberty | 7/1/2004 | 750.00 | 1 | 750.00 |
| Parkway Bank - Lot 5 vacant | 7/1/2004 | 1,550.20 | 1 | 1,550.20 |
| CSC Office Automation-Ricoh Copier Lease | 7/1/2004 | 191.00 | 1 | 191.00 |
| (illegible) | 7/1/2004 | 5,000.00 | 1 | 5,000.00 |
| (illegible) | 7/1/2004 | - | 1 | - |
| Midwest Bank- 1 Falcon Lakes $500K note | 7/1/2004 | 2,500.00 | 1 | 2,500.00 |
| Midwest Bank- 1 Falcon Lakes $733K LOC | 7/1/2004 | 3,665.00 | 1 | 3,665.00 |
| State Finance Bank - 465 N Barrington Rd | 7/1/2004 | 2,400.00 | 1 | 2,400.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *HASAN MERCHANT SHERI BANOO MERCHANT*     CASE NO.: *04 B 23771*

FOR MONTH ENDING _____ *6/23 - 7/31* ____, 20 *04*

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $_____ — _____ |
| Add:   sales on account | $_____ |
| Less: collections | $_____ |
| End of month balance | $_____ — _____ |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $_____ — _____ |
| Add: credit extended | $_____ |
| Less: payments of account | $_____ |
| End of month balance | $_____ |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE
AND FILE WITH THIS REPORT

OPERATING REPORT  Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*HASAN MERCHANT*

CASE NAME: *SHERI BANOO MERCHANT*     CASE NO.: *04 B 23771*

FOR MONTH ENDING _____*6/23 - 7/31*____, 20 *04*

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) |
| 2. | FICA withholdings | Yes ( ) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) |
| 8. | All other state taxes | Yes ( ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

*HASAN MERCHANT*
*SHERI BANOO MERCHANT*

*O 4 B 23771*

I, _____, acting as the duly authorized agent for

the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United

States that I have read and I certify that the figures, statements, disbursement itemizations, and

account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of

this report to the best of my knowledge, information and belief.

_____

For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_____

_____

DATED:_____

OPERATING REPORT  Page 8

**6/23/04 to 8/16/04**

*Income*

$9,395.23

(Payroll)

*Liabilities*

$5,000.00

(Loan from Practice)

$6,745.00

(Loan from Iqbal Qamruddin)

$8,000.00

(Steve Holowicki)

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 0 2 2004

KENNETH S. GARDNER, CLERK
PUBLIC SERVICE COUNTER

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Hon. A. Benjamin Goldgar |
| HASAN MERCHANT and | ) | Case No. 04-23771 |
| SHERI BANOO MERCHANT, | ) | |
| | ) | |
| Debtors. | ) | |

## SCHEDULE OF UNPAID DEBTS PURSUANT TO FRBP 1019(5)(a)(i)

The undersigned debtors state that the following debts were incurred after the filing of the petition and before conversion of the case:

| Creditor | Description | Amount |
|---|---|---|
| United States Trustee<br>227 W. Monroe Street<br>Suite 3350<br>Chicago, IL 60606 | 2nd & 3rd Quarter Fees | $500.00 |

_____
Hasan Merchant

_____
Sheri Banoo Merchant

{A0072723.DOC}

## CERTIFICATE OF SERVICE

Richard M. Fogel certifies that he caused to be served a true copy of the above and foregoing Notice upon the attached Service List by U.S. Mail, first-class, postage prepaid, on this 7___day of September, 2004 from 321 N. Clark Street, Chicago, IL 60610.

Richard M. Fogel

Steven B. Towbin (#2848546)
Richard M. Fogel (#3127114)
James J. Teich (#6273149)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 980-3888  facsimile
Attorneys for the Debtor

{A0072723.DOC}

## SERVICE LIST

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL  60606

David R. Brown
P.O. Box 160
Lake Villa, IL  60046

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HASAN MERCHANT and | ) | No. 04 B 23771 |
| SHERI BANOO MERCHANT, | | |
| | ) | |
| Debtors. | ) | Hon. A. Benjamin Goldgar |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that she caused to be served true copies of **Final Report of Debtor-in-Possession** upon the attached Service List by U.S. Mail Delivery on September 21, 2004 from 321 N. Clark Street, Chicago, Illinois 60610.

*Natasha Jovanovic*

*Valerie Joy Stanley*
Notary Public

```
"OFFICIAL SEAL"
VALERIE JOY STANLEY
Notary Public, State of Illinois
My Commission Expires 12/12/2006
```

{A0073678.DOC}

## Service List

Office of the U.S. Trustee
Attention:  Richard C. Friedman
227 West Monroe Street, Suite 3350
Chicago, IL 60606

{A0073678.DOC}